# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RICHARD EARL BARBER,

    Petitioner,

vs.

STEPHANIE HUMPHRIES, et al.,

    Respondents.

Case No. 3:08-CV-00551-LRH-(VPC)

**ORDER**

Respondents having submitted a Motion for Enlargement of Time (First Request) (#10), and good cause appearing;

IT IS THEREFORE ORDERED that Respondents' Motion for Enlargement of Time (First Request) (#10) is **GRANTED**. Respondents shall have through March 6, 2009, to file and serve an answer or other response to the Amended Petition (#4).

DATED this 29th day of January, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE