# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RICHARD EARL BARBER,

    Petitioner,

vs.

STEPHANIE HUMPHRIES, et al.,

    Respondents.

Case No. 3:08-CV-00551-LRH-(VPC)

**ORDER**

    Respondents having submitted a Motion for Enlargement of Time (Third Request) (#14), and good cause appearing;

    IT IS THEREFORE ORDERED that Respondents' Motion for Enlargement of Time (Third Request) (#14) is **GRANTED**. Respondents shall have through May 21, 2009, to file and serve an answer or other response to the Amended Petition (#4).

    DATED this 14th day of April, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE