AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF    NEVADA

RICHARD EARL BARBER,

    Petitioner,         JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER:  **3: 08-CV-00551-LRH-VPC**

STEPHANIE HUMPHRIES, et al.,

    Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Respondents' Motion to Dismiss (#16) is **GRANTED.**   This action is **DISMISSED** without prejudice.

   November 2, 2009                         **LANCE S. WILSON**
                                                                Clerk

                                                               /s/ D. R. Morgan
                                                                Deputy Clerk